

Uber

Sign up

Help | Driving & Delivering ⌄

Home

# I do not drive with Uber, but I received a 1099 tax document from Uber

If you believe you incorrectly received 1099 tax document(s) from Uber, please complete the information fields below. Our team will review and follow up with you.

If you're an Uber driver or delivery person and need assistance with your 1099, please visit the link below.

How do I access my tax form? →

Before submitting the form below, we recommend reviewing our Privacy Notice and privacy overview for detailed information about our data practices.

Privacy Notice →

Privacy Overview →

**Full Name:**

**Mobile number:**

🇺🇸 ⌄    +1

**Share details:**

**Email address where our support team can contact you**

name@example.com

An automated message will be sent here to confirm this is really you. Please open it and choose "Confirm email address" to be connected with a member of our team.

Writing in from **United States**

I'm not a robot

reCAPTCHA
Privacy - Terms

SUBMIT

Uber

## Company

About us

Newsroom

Investors

Blog

Careers

## Products

Ride

Drive

Eat

Uber for Business

Uber Freight

## Global Citizenship

Safety

Diversity

Transparency

Case 1:26-cv-21930-JEM Document 1-3 Entered on FLSD Docket 03/23/2026 Page 3 of 3

Innovation

AI

Elevate

EN

Miami

© 2022 Uber Technologies Inc.

Privacy

Accessibility

Terms